# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 6, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142866

WALTER EDWARD KRYZANOSKI,
        Plaintiff-Appellee,

v

                                                SC: 142866
                                                COA: 295430
                                                Kent CC: 09-002295-NI

PHILIP JOSEPH KAULE and MAUREEN
KAULE,
        Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the February 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 6, 2011

_____
Clerk

d0829